# UNITED STATES DISTRICT COURT

## Western District of Missouri

**JUDGMENT IN A CIVIL CASE**

**ALEXANDER MORRIS**

    v.

**KEVIN BOND, et al**

Case Number:  06-4147-CV-C-NKL

_  *Jury Verdict.* This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  *Decision by Court.* This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–  that Plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

ENTERED ON:  August 29, 2006

August 29, 2006
Date

PATRICIA L. BRUNE
Clerk

/s L. Bax
(By) Deputy Clerk